# Third District Court of Appeal

## State of Florida

Opinion filed March 30, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1161
Lower Tribunal No. 18-19402
_____

**Toya Larenn Weaver,**
Appellant,

vs.

**VRMTG Asset Trust,**
Appellee.

An appeal from the Circuit Court for Miami-Dade County, Pedro P. Echarte, Jr., Judge.

David J. Winker, P.A., and David J. Winker, for appellant.

Topouzis & Associates, P.C., and Tyler E. Mesmer, for appellee.

Before LOGUE, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150, 1152 (Fla. 1979) ("Without a record of the trial proceedings, the appellate court can not properly resolve the underlying factual issues so as to conclude that the trial court's judgment is not supported by the evidence or by an alternative theory.").